Decided January 3, 2001

## STATE OF CONNECTICUT *v.* DUANE LOCKHART

The defendant's petition for certification for appeal from the Appellate Court, 60 Conn. App. 119 (AC 18184), is denied.

*Jeffrey D. Brownstein*, in support of the petition.

*Toni M. Smith-Rosario,* assistant state's attorney, in opposition.

Decided January 3, 2001

The defendant's petition for certification for appeal from the Appellate Court, 60 Conn. App. 408 (AC 18312), is denied.